# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 5/8/2026 |
| Case: 8−24−73481−ast | Form ID: 318DF7 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Marc A. Pergament | mpergament@wgplaw.com |
| aty | Marc A. Pergament | mpergament@wgplaw.com |
| aty | William P Bonomo | nyattybill@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Yen Lopez 42 Sterling Avenue Saint James, NY 11780 |
| smg | NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | NYS Unemployment Insurance Attn: Isolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | United States Trustee Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza Central Islip, NY 11722−4437 |
| 10393307 | 4568 Sunrise Hwy Anesthesia Department Oakdale, NY 11769 |
| 10393308 | Capital One PO Box 31293 Salt Lake City, UT 84131 |
| 10393309 | PHH Mortgage 3000 Leadenhall Road Mount Laurel, NJ 08054 |
| 10395320 | PHH Mortgage Corporation Robertson, Anschutz, Schneid, Crane 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| 10393310 | Toyota Financial Services PO Box 5855 Carol Stream, IL 60197 |

TOTAL: 9